(Official Form 1) (12/03)

05-6154

**FORM B1** **United States Bankruptcy Court DISTRICT OF ARIZONA**

**Voluntary Petition** 05-6154

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): SCHNEIDER, CLIFF | Name of Joint Debtor (Spouse)(Last, First, Middle): SCHNEIDER, SHERI |
| All Other Names used by Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. N./Complete EIN or other Tax I.D. No. (if more than one, state all): 2375 | Last four digits of Soc. Sec. N./Complete EIN or other Tax I.D. No. (if more than one, state all): 3149 |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 1532 S MOONBEAM PL TUCSON AZ 85748 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): 1532 S MOONBEAM PL TUCSON AZ 85748 |
| County of Residence or of the Principal Place of Business: PIMA | County of Residence or of the Principal Place of Business: PIMA |
| Mailing Address of Debtor (if different from street address): 1532 S MOONBEAM PL TUCSON AZ 85748 | Mailing Address of Joint Debtor (if different from street address): 1532 S MOONBEAM PL TUCSON AZ 85748 |

Location of Principal Assets of Business Debtor (if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principle place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other ____________
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter11
- [ ] Chapter12
- [ ] Chapter13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)

- [x] Full Filing Fee Attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the courts's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditor

THIS SPACE IS FOR COURT USE ONLY

FILED 2005 OCT -5 A 9:17 CLERK U.S. BANKRUPTCY COURT DISTRICT OF ARIZONA

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |